**Order filed, September 17, 2012.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-12-00675-CV

———————

## IN THE MATTER OF J.W., Appellant

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-01177J**

## ORDER

The reporter's record in this case was due **July 23, 2012**, 2012. *See* Tex. R. App. P. 35.1. On August 16, 2012, this court ordered the court reporter to file the record within 30 days. On September 14, 2012, Jill Bartek filed a motion for extension of time to file the record. The court **GRANTS** the motion and issues the following order.

We order **Jill Bartek**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Jill**

**Bartek** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM